JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>      v.<br><br>LAURAINE BONADIO.,<br>                Defendant. | Case No. 8:22-CV-02160 DFM<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by Plaintiff's counsel that the above-entitled action has been settled,

    IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice to the right, upon good cause being shown within 30 days, to reopen the action if settlement is not consummated.  All hearing dates are vacated and taken off calendar.

Dated:  December 28, 2022

                                              DOUGLAS F. McCORMICK
                                              United States Magistrate Judge